**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:19-24573-CIV-KING

GIOVANNA SUAREZ,
*on behalf of herself and all*
*others similarly situated*,

     Plaintiff,

v.

COMPREHENSIVE HEALTH
SERVICES, LLC, and CALIBURN
INTERNATIONAL, LLC,

     Defendants.
_____/

**ORDER DENYING DEFENDANTS' MOTION**
**FOR LEAVE TO FILE SINGLE ISSUE MOTION FOR**
**SUMMARY JUDGMENT AS TO INAPPLICABILITY OF THE WARN ACT**

THIS MATTER is before the Court on Defendants' Motion for Leave to File Single Issue Motion for Summary Judgment (the "Motion") (DE 36), filed on September 19, 2020. The Court has also considered Plaintiff's Response (DE 37) and Defendants' Reply (DE 38).

On November 5, 2019, Plaintiff filed the above-styled action under the Worker Adjustment and Retraining Notification Act of 1988, 29 U.S.C. § 2101-2109 *et. seq*. ("WARN Act"). *See* Compl., DE 1. Defendants now move for leave of Court to file a Motion for Summary Judgment exclusively "as to the inapplicability of the WARN Act." Mot. at ¶ 7. Defendants argue that the proposed Single-Issue Motion for Summary Judgment would not be a partial motion for summary judgment, but if it were granted, would result in the dismissal of all Plaintiff's claims. *Id.* at ¶ 6. Defendants also move for the right to file a second motion for summary judgment if they were to lose on the proposed single-issue motion. *Id.* at ¶ 8.

Plaintiff, in her Response, argues the Court should apply Local Rule 7.1(c) strictly and limit Defendants to one summary judgment motion. *See* Resp., DE 37. Under Local Rule 7.1(c)(2), "[f]iling and service of multiple motions for partial summary judgment is prohibited, absent prior permission of the Court." Plaintiff contends that the limit of one summary judgment motion is meant to streamline litigation and conserve judicial resources. *Id*. at 2.

After careful consideration, the Court concludes that allowing Defendants to file a Single-Issue Motion for Summary Judgment, while also reserving the right to file a second motion for summary judgment at a later date, would complicate the regular and efficient motion practice set forth in the Scheduling Order entered by the Court. S*ee* Scheduling Or., DE 10.

Accordingly, it is **ORDERED, ADJUDGED and DECREED** that Defendants' Motion for Leave to File Single Issue Motion for Summary Judgment **(DE 36)** be, and the same hereby is, **DENIED.**

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 23rd day of October, 2020.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**cc:**   **All counsel of record**