UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-cv-24573-JLK

GIOVANNA SUAREZ, on behalf of
herself and all others similarly situated,

    Plaintiff,

vs.

COMPREHENSIVE HEALTH SERVICES, LLC,
and CALIBURN INTERNATIONAL, LLC,

    Defendants.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Joint Stipulation of Dismissal with Prejudice (D.E. #40) filed January 13, 2021, in the above-styled case. Accordingly, after a careful review of the record, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED WITH PREJUDICE.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The **Pretrial Conference** previously set for **March 5, 2021** and the **Trial** previously set **May 10, 2021** are hereby CANCELED.

4. The Clerk shall CLOSE this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 14th day of January, 2021.

                                                                     _____
                                                                     JAMES LAWRENCE KING
                                                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record